United States District Court
Southern District of Texas

**ENTERED**

September 25, 2024

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| **JUAN PABLO ROBLES HERNANDEZ a/k/a JUAN QUINOGA,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 7:24-CV-00234** |
| **HIDALGO COUNTY ADULT DETENTION CENTER, ADMINISTRATION AND MEDICAL ADMINISTRATION,** *et al.,* | § § § § § § | |
| **Defendants.** | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 4, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano.  (Dkt. No. 5).  Judge Medrano made findings and conclusions and recommended that Plaintiff's motion to proceed *in forma pauperis*, (Dkt. No. 2), be **DENIED** and his civil rights action, (Dkt. No. 1), be **DISMISSED** without prejudice.

The Parties were provided proper notice and the opportunity to object to the M&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.,* 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the Court's opinion.  It is therefore ordered that:

(1)     Judge Medrano's M&R, (Dkt. No. 5), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's motion to proceed *in forma pauperis*, (Dkt. No. 2), is **DENIED**; and

(3)     Plaintiff's civil rights action, (Dkt. No. 1), is **DISMISSED** without prejudice.

It is SO ORDERED.

Signed on September 24, 2024.

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE